**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | **CRIMINAL ACTION** **NO. 07-10330-NMG** |
| ROBERT BALLOU,            Defendant, | ) ) ) ) | |

**ORDER RE: DEFENDANT'S TRANSFER TO SECURE MEDICAL FACILITY**
**May 27, 2009**

**HILLMAN, M.J.**

**Background**

On April 24, 2009, a Petition For Action On Conditions of Pretrial Release was filed seeking a warrant for Robert W. Ballou's arrest on the grounds that he had violated his conditions of release. Ballou was arrested and because of his medical status, was confined to UMass Memorial Medical Center in Worcester, Massachusetts ("UMass Memorial"). On May 12, 2009, Ballou appeared before me and waived his right to a hearing on the issue of whether there exists probable cause to believe that he has violated his conditions of release and he assented to an Order of Detention pending sentencing. Because of his medical condition, Ballou has remained at UMass Memorial. UMass Memorial has informed the U.S. Marshals Service that it is ready to release Ballou. Upon release, Ballou will continue to need medical treatment and, therefore, it is necessary that Ballou be transferred to a secure federal medical facility. Because of the status of the case, it would be best that Ballou remain in the immediate area.

Therefore, I am ordering that he be transferred to the Devens Federal Medical Center at Devens, Massachusetts ("FMC Devens").

**Conclusion**

In accordance with the foregoing,

IT IS ORDERED:

That upon release from the UMass Memorial Medical Center, Robert W. Ballou, USMS Number 26689038, be committed to the custody of the Attorney General, or any designated representative, including the U.S. Marshals Service, for immediate confinement at FMC Devens.

While at FMC Devens, Ballou shall be afforded a reasonable opportunity for private consultation with counsel. Upon order of a court of the United States or on request by an attorney for the Government, the person in charge of FMC Devens shall deliver him to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

/s/Timothy S. Hillman
**TIMOTHY S. HILLMAN**
**MAGISTRATE JUDGE**